IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LINDA DANIELSON, | : Civil Action No. 4:13-CV-00437 |
| Plaintiff, | : |
| vs. | : |
| CBE GROUP, | : |
| Defendant. | : |

Plaintiff by her attorney Ray Johnson hereby dismisses the above-captioned matter with prejudice pursuant to a settlement between the parties. Plaintiff signs out for court costs.

Respectfully submitted,

*/s/ Ray Johnson*

RAY JOHNSON
AT004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 221
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com